UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYKO MANUEL AJ SUCUQUI,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,<br><br>Respondent. | Case No.:  3:26-cv-0394-CAB-KSC<br><br>**ORDER REQUIRING A BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Maykol Manuel AJ Sucuqui.  [Doc. No. 1 ("Petition").]  Petitioner claims that he has been detained by Immigration and Customs Enforcement ("ICE") since October 20, 2025 without the opportunity for an individualized bond hearing.  [*Id.* at 1–2.]

Respondent's return to the Petition acknowledges that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 2.]

///

///

3:26-cv-0394-CAB-KSC

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **March 9, 2026**.  Respondents are further **ORDERED** to update this Court on the outcome of Petitioner's bond hearing by **March 11, 2026**.

It is **SO ORDERED**.

Dated: February 23, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-0394-CAB-KSC